AO 442 (Rev. 01/09) Arrest Warrant

9970563

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM3:25
RECEIVED MAY 1 '23

United States of America
v.

CARLOS ANTHONY GREENE

*Defendant*

) Case: 1:23-mj-00092
) Assigned To : Harvey, G. Michael
) Assign. Date : 5/1/2023
) Description: Complaint W/ Arrest Warrant
)
)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CARLOS ANTHONY GREENE                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date: 05/01/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.05.01 12:46:07 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5-1-23, and the person was arrested on *(date)* 5-3-2023
at *(city and state)* DC DC.

Date: 5-3-2023

Marulino Trejo
*Arresting officer's signature*

Trejo Marcelino   DUSM
*Printed name and title*